Case 2:16-cr-00431   Document 8   Filed in TXSD on 05/05/16   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 05, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE NO. 2:16-MJ-00535-1 |
| | § | |
| RENE IVAN VALERO | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1)    There is a serious risk that the defendant will not appear; and

(2)    There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant meets the probable cause standard. The defendant has a lengthy criminal history including misdemeanor crimes of violence and felony drug offenses. The defendant also has a history of noncompliance with federal supervision. Further, the defendant is currently on felony probation for burglary of a habitation, and has therefore shown an unwillingness or inability to comply with court ordered supervision. The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 5th day of May, 2016.

                                          Jason B. Libby
                                  United States Magistrate Judge